IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:08CR427** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ROYAL J. JACKSON,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on the motion to suppress of defendant Royal Jackson (Jackson) (Filing No. 25). The motion does not comply with NECrimR 12.3 (b) and Paragraph 4 of the Progression Order (Filing No. 9), in that the motion:

- ( X )   Is not supported by a brief;
- ( X )   Is not supported by an Index of Evidence as required by NECrimR 12.3(b)(2) or a statement of what evidence will be offered at an evidentiary hearing requested for the motion;
- (   )   Is not accompanied by a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement;
- ( X )   Does not contain a statement of the estimated time needed for the hearing, whether any interpreters will be needed, or whether any codefendant should be present and/or participate in the hearing.

Accordingly, the motion (Filing No. 25) is :
- ( X )   Held in abeyance pending compliance with NECrimR 12.3(b)(2). Absent compliance **on or before February 11, 2009**, the motion will be deemed withdrawn and termed on the docket.
- (   )   Denied.

**IT IS SO ORDERED.**

DATED this 5th day of February, 2009.

                                          BY THE COURT:

                                          s/Thomas D. Thalken
                                        United States Magistrate Judge